**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**03-855**

**THOMAS C. YOUNG, ET AL.**

**VERSUS**

**REHABILITATION HOSPITAL OF MERRYVILLE, L.L.C., ET AL.**


**\*\*\*\*\*\*\*\*\*\***


**APPEAL FROM THE**
**THIRTY-SIXTH JUDICIAL DISTRICT COURT**
**PARISH OF BEAUREGARD, NUMBER C-2000-0727 B**
**HONORABLE HERMAN I. STEWART, JR., DISTRICT JUDGE**


**\*\*\*\*\*\*\*\*\*\***


**BILLIE COLOMBARO WOODARD**
**JUDGE**


**\*\*\*\*\*\*\*\*\*\***


Court composed of Billie Colombaro Woodard, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.


**AFFIRMED AS AMENDED IN PART; REVERSED IN PART.**

Alvin Charles Dowden, Jr.
116 East Lula Street
Leesville, Louisiana 71446
(337) 238-2800
Counsel for Plaintiffs/Appellants:
    Thomas C. Young, et al.

Phylliss Joan Bradshaw Hennessee
Post Office Box 2562
Leesville, Louisiana 71446
(337) 392-8476
Counsel for Plaintiffs/Appellants:
    Thomas C. Young, et al.

Thomas Morrow
Nicholas Gachassin, Jr.
Renee Marie Credeur
Gachassin Law Firm
Post Office Box 2850
Lafayette, Louisiana 70502
(337) 235-4576
Counsel for Defendants/Appellants:
    Rehabilitation Hospital of Merryville, L.L.C.
    CNA Continental Casualty Company (formerly XYZ Insurance Company)